UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HEVI MOHAMMED, et al.,

        Plaintiffs,

   v.

UNITED STATES OF AMERICA, et al.,

        Defendants.

CASE NO. C16-1552 RAJ

ORDER

This matter comes before the Court on Austin Mutual Insurance Company's ("Austin Mutual") Motion to Intervene. Dkt. # 18. Defendants do not oppose the motion. Dkt. # 20 ("[Defendants] neither support[] nor oppose[] the Motion . . . .").[1] Austin Mutual meets the requirements under Federal Rule of Civil Procedure 24 to intervene in this matter. Accordingly, the Court **GRANTS** the motion. Dkt. # 20.

Dated this 19th day of September, 2017.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

---

[1] Austin Mutual claims that the parties had until July 17, 2017, to file an opposition to this motion. Dkt. # 21. This cannot be true. Austin Mutual filed its motion on July 17, 2017, and the motion was not fully noted until August 4, 2017. Therefore, an opposition was due by July 31, 2017. Defendants response—filed on July 31, 2017—was timely.

ORDER- 1