HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HEVI MOHAMMED, individually, and as personal representative of the estate of ALI MUSTAFA SAEED, and the beneficiaries of the estate including K.S., and V.S.; DAWOOD AMEDI, individually and KAVI MOHAMMED, individually, and as parents and legal guardians of N. A. and L. A., and AMEDI'S LANDSCAPING,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA, BONNEVILLE POWER ADMINISTRATION; and RESOURCE MANAGEMENT ASSOCIATES, INC., an Oregon Corporation,<br><br>Defendants. | No. 2:16-cv-01552-RAJ<br><br>**STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS AGAINST THE UNITED STATES OF AMERICA** |

## JOINT STIPULATION

Plaintiffs filed the instant lawsuit against the United States and Resource Management Associates ("RMA") on October 4, 2016 alleging claims against the United States under the Federal Tort Claims Act, 28 U.S.C. § 2679(b)(1). Discovery in this case has revealed that Steven Cox was an employee of Resource Management Associates ("RMA") and a permissive driver of a Bonneville Power Administration ("BPA") vehicle pursuant to the contractual terms outlined in the Master Agreement between BPA and RMA. The United States has claimed that

STIPULATION AND ORDER OF DISMISSAL
CAUSE NO. 2:16-cv-01552-RAJ - 1 of 4

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

1 | it is immune from suit under 28 U.S.C. § 2671 which excludes the United States from liability for the negligent actions by "any contractor with the United States" and that the federal government "cannot be held vicariously liable for the negligence of an employee of an independent contractor." The United States further argues that as an employee of an independent contractor, there is no subject matter jurisdiction over the United States and it is therefore immune from suit. The Plaintiffs filed a Motion for Summary Judgment against the United States, and the United States filed a Motion to Dismiss Based on Subject Matter Jurisdiction. Dkts. 42 and 44

Plaintiffs and the United States hereby stipulate and agree that Steven Cox was an employee of RMA, that the United States was immune from liability for the claims arising from the actions of Steven Cox under the FTCA, and that all claims should be dismissed against the United States with prejudice.

**SO STIPULATED**.

Dated this 22nd day of March, 2018.

                    s/ *Micah S. LeBank*
                    JOHN R. CONNELLY, JR., WSBA No. 12183
                    MICAH R. LEBANK, WSBA No. 38047
                    2301 North 30th St.
                    Tacoma, WA 98403
                    Phone: 253-593-5100
                    Email: jconnelly@connelly-law.com
                    Email: mlebank@connelly-law.com
                    Attorneys for Plaintiff

STIPULATION AND ORDER OF DISMISSAL
CAUSE NO. 2:16-cv-01552-RAJ - 2 of 4

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

| | |
|---|---|
| 1 | **SO STIPULATED**. |
| 2 | |
| 3 | Dated this 22nd day of March, 2018. |

                                           s/ *Whitney Passmore*
WHITNEY PASSMORE, FL. No. 91922
LISCA BORICHEWSKI, WSBA No. 24300
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: Whitney.Passmore@usdoj.gov
Email: Lisca.Borichewski@usdoj.gov
Attorneys for Defendant United States

STIPULATION AND ORDER OF DISMISSAL
CAUSE NO. 2:16-cv-01552-RAJ - 3 of 4

**Connelly Law Offices, PLLC**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

## **ORDER**

**IT IS SO ORDERED** pursuant to the Stipulation of the United State of America and the Plaintiffs that Steven Cox was an employee of RMA and that the USA was immune from liability for the claims arising from the actions of Steven Cox under the FTCA.

**IT IS FURTHER ORDERED** that all claims against the United States of America are hereby dismissed with prejudice and without costs to either party, and the parties' respective motions filed at Dkt 42, 44 and 83 are terminated as moot.

Dated this 28th day of March, 2018.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
CAUSE NO. 2:16-cv-01552-RAJ - 4 of 4

**Connelly Law Offices, pllc**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax